THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALEX AZAR II and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | CASE NO. C18-1627-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On November 8, 2018, the Court granted Plaintiff's motion for a temporary restraining order (Dkt. No. 13) and set a hearing for Friday, November 16, 2018 at 9:00 a.m. (Dkt. No. 20).

At the November 16 hearing, the parties shall be prepared to inform the Court whether good cause exists to extend the temporary restraining order beyond its current expiration date. Alternatively, Defendant shall inform the Court whether it consents to an extension of the temporary restraining order while the Court considers Plaintiff's motion for preliminary injunction.

MINUTE ORDER
C18-1627-JCC
PAGE - 1

1  The Court further ORDERS that Defendant shall file its response to Plaintiff's motion for
2  preliminary injunction (Dkt. No. 13) no later than Monday, November 26, 2018. Plaintiff shall
3  file its reply to Defendant's response no later than Friday, November 30, 2018. The Clerk shall
4  note Plaintiff's motion for preliminary injunction for Friday, November 30, 2018.

5  DATED this 9th day of November 2018.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk