THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALEX M. AZAR II, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | CASE NO. C18-1627-JCC <br><br> ORDER |

This matter comes before the Court *sua sponte*. On November 8, 2018, the Court granted Plaintiff's motion for a temporary restraining order (Dkt. No. 13) and set a hearing for Friday, November 16, 2018 at 9:00 a.m. (Dkt. No. 20). The Court subsequently set a briefing schedule for Defendants to file a response to Plaintiff's motion for preliminary injunction. (Dkt. No. 23.)

The temporary restraining order is currently scheduled to end on Friday, November 16, 2018 at 9:00 a.m. Based on the representations made in Plaintiff's motion for temporary restraining order (Dkt. Nos. 13–15), and in order to allow adequate time for the parties to file briefing on Plaintiff's motion for preliminary injunction, the Court finds good cause to extend the temporary restraining order. *See* Fed. R. Civ. P. 65(b). The temporary restraining order is hereby EXTENDED to November 30, 2018 at 9:00 a.m.

1   The Court STRIKES the hearing currently scheduled for Friday, November 16. The
2   Court ORDERS the following amended briefing schedule:

- Defendants shall file their response to Plaintiff's motion for preliminary injunction no later than 5:00 p.m. on November 26, 2018.
- Plaintiff shall file its reply to Defendants' response no later than 12:00 p.m. on November 28, 2018.

The Court will hold a hearing on Plaintiff's motion for preliminary injunction (Dkt. No. 13) on Thursday, November 29, 2018 at 9:00 a.m.

DATED this 14th day of November 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1627-JCC
PAGE - 2