THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALEX AZAR II and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | CASE NO. C18-1627-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay all pretrial deadlines (Dkt. No. 35). Finding good cause, the stipulated motion is GRANTED. Pursuant to the parties' stipulation, the Court ORDERS as follows:

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. At this time the Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. The parties therefore agree to stipulate to a stay of all pending pretrial deadlines and agree and request that all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

4. Undersigned counsel for the Department of Justice will notify the Court as soon as Congress has appropriated funds for the Department and greatly regrets any disruption caused to the Court and the other litigants by a stay of pretrial deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

**SO STIPULATED**.

Dated this 26th day of December, 2018.

                PACFICA LAW GROUP LLP

                /s/ *Claire E. McNamara*
                CLAIRE E. MCNAMARA, WSBA No. 50097

                /s/ *Gregory J. Wong*
                GREGORY J. WONG, WSBA No. 39329
                1191 2nd Avenue, Suite 2000
                Seattle, WA 98101
                Phone: (206) 245-1700
                Claire.mcnamara@pacificalawgroup.com
                Greg.wong@pacificalawgroup.com

| | |
|---|---|
| 1 | PLANNED PARENTHOOD |
| | FEDERATION OF AMERICA |
| 2 | |
| | /s/ *Richard Muniz* |
| 3 | RICHARD MUNIZ (*Admitted Pro Hac Vice*) |
| 4 | |
| | /s/ *Carrie Y. Flaxman* |
| 5 | CARRIE Y. FLAXMAN (*Admitted Pro Hac Vice*) |
| | 1110 Vermont Avenue, Suite 300 |
| 6 | Washington, D.C. 20005 |
| | Phone: (202) 973-4800 |
| 7 | Richard.muniz@ppfa.org |
| | Carrie.flaxman@ppfa.org |
| 8 | |
| | REPRODUCTIVE RIGHTS & JUSTICE PROJECT |
| 9 | |
| | /s/ *Priscilla J. Smith* |
| 10 | PRISCILLA J. SMITH (*Admitted Pro Hac Vice*) |
| 11 | |
| | /s/ *Faren M. Tang* |
| 12 | FAREN M TANG (*Admitted Pro Hac Vice*) |
| | Yale Law School |
| 13 | 319 Sterling Place |
| | Brooklyn, NY 11238 |
| 14 | Priscilla.smith@ylsclinics.org |
| 15 | Attorneys for Plaintiffs |

**SO STIPULATED**.

Dated this 26th day of December, 2018.

ANNETTE L. HAYES
United States Attorney

 s/ *Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: Katie.fairchild@usdoj.gov

Attorneys for the Government

1

2     DATED this 27th day of December 2018.

3                                              William M. McCool
                                               Clerk of Court
4
                                               s/Tomas Hernandez
5                                              Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C18-1627-JCC
PAGE - 4