UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALEX AZAR II and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | CASE NO. C18-1627-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendants to file their responsive pleading (Dkt. No. 38) Finding good cause, the motion is GRANTED. Defendants shall file their responsive pleading no later than April 8, 2019.

DATED this 25th day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk