THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALEX AZAR II and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | CASE NO. C18-1627-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set a status report deadline (Dkt. No. 41). Finding good cause, the stipulated motion is GRANTED. The parties shall have until May 8, 2019 to resolve the issue of attorney fees. If the parties are unable to resolve the issue by that date, they shall file a joint status report updating the Court on the potential for a resolution or the need to set a briefing schedule to resolve the issue.

//

//

MINUTE ORDER
C18-1627-JCC
PAGE - 1

1 | DATED this 23rd day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1627-JCC
PAGE - 2