THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, INC., | CASE NO. C18-1627-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALEX AZAR II and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report and stipulation (Dkt. No. 43). Pursuant to stipulation, the parties shall file a status report no later than May 22, 2019 advising the Court as to whether the case should be dismissed or whether further Court involvement is necessary.

//

//

//

//

MINUTE ORDER
C18-1627-JCC
PAGE - 1

1       DATED this 23rd day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
